IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARILYN NORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-2070-KHV-DJW |
| ) | |
| EVEREST CONNECTIONS, LLC ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

**NOW ON THIS** 26th day of September, 2007 the above-captioned matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice (Doc. #29).  The Court has reviewed the stipulation signed by the respective attorneys for the parties herein and finds that all issues, including costs and attorneys' fees have ben fully settled and compromised.

IT IS THEREFORE ORDERED that this case is hereby dismissed, with prejudice to all parties, who shall pay their respective costs and attorney's fees.

IT IS SO ORDERED.

      /s/   Kathryn H. Vratil
The Honorable Kathryn H. Vratil
United States District Judge

APPROVED BY:

FERREE, BUNN, O'GRADY
      & RUNDBERG, CHARTERED

 */s/ Kirk T. Ridgway*
Kirk T. Ridgway    KS No. 171712
kridgway@fbolaw.com
9300 Metcalf, Suite 300
Overland Park, Kansas 66212
(913) 381-8180 / Fax: (913) 381-8836
ATTORNEYS FOR PLAINTIFF


BLACKWELL, SANDERS PEPER
    MARTIN LLP

 */s/ Curtis D. Summers*
Jeffrey D. Hanslick   KS No. 70167
jhanslick@blackwellsanders.com
Curtis R. Summers   KS No. 22063
csummers@blackwellsanders.com
4801 Main St., Suite 1000
Kansas City, MO 64112
(816) 983-8000/(816) 983-8080 Facsimile
ATTORNEYS FOR DEFENDANT
EVEREST CONNECTIONS, LLC